UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES ALBERT MCALEER and LINDA MCALEER,

    Plaintiffs,

v.     Case No: 6:17-cv-1142-Orl-40TBS

DEEP ROOT ANALYTICS, LLC,

    Defendant.
_____/

## ORDER

Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Strike Class Allegations (Doc. 29) filed September 13, 2017 in this case is hereby referred to the Magistrate Judge for ruling, or if necessary, issuance of a Report and Recommendation.

**DONE AND ORDERED** in Orlando, Florida on September 18, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties