**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | | |
|---|---|---|
| DR. JAMES ALBERT McALEER & LINDA McALEER, individually and on behalf of all others similarly situated, | ) ) ) ) | CASE NO. 6:17-cv-01142-PGB-TBS |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DEEP ROOT ANALYTICS, LLC, | ) ) | |
| Defendant. | ) | |

**STIPULATION OF CITIZENSHIP IN RESPONSE TO
THE COURT'S JURISDICTIONAL SHOW CAUSE ORDER**

In response to the Court's Order (Dkt. 32), Plaintiffs James McAleer and Linda McAleer, and Defendant Deep Root Analytics, LLC, hereby stipulate and agree as follows:

Plaintiffs have alleged that they "are Florida citizens[.]"  (Second Amended Complaint, Dkt. 26, ¶ 6.)

DRA is a limited liability company with multiple members.  One of its members is an individual who has been a citizen of the State of Florida for more than a year before this action was filed.

Respectfully submitted,

_/s/ Jason Zimmerman_____
David S. Oliver
Jason Zimmerman
GrayRobinson, P.A.
301 East Pine Street, Suite 1400 (32801)
P.O. Box 3068
Orlando, Florida 32802
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

*Attorneys for Plaintiffs James McAleer
and Linda McAleer*

_/s/ William Jackson_____
William C. Jackson
Travis LeBlanc
Jon R. Knight
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Suite 1100
Washington, DC 20005
202-237-2727
202-237-6131 (Fax)

Karen C. Dyer
BOIES SCHILLER FLEXNER LLP
121 South Orange Avenue, Suite 840
Orlando, Florida 32801
407-425-7118
407-425-7047 (Fax)

*Attorneys for Defendant*
*Deep Root Analytics, LLC*