**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| DR. JAMES ALBERT MCALEER & LINDA MCALEER, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>DEEP ROOT ANALYTICS, LLC, a Virginia limited liability company,<br><br>        Defendant. | Case No. 6:17-cv-1142-Orl-40TBS |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs, Dr. James Albert McAleer & Linda McAleer, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss this matter with prejudice.

Respectfully submitted this 7th day of November, 2017,

        /s/ **David S. Oliver**_____
        David S. Oliver
        Florida Bar No. 521922
        Primary Email Address:
        david.oliver@gray-robinson.com
        Secondary Email Address:
        donna.flynn@gray-robinson.com
        Jason A. Zimmerman
        Florida Bar No. 104392
        Primary Email Address:
        jason.zimmerman@gray-robinson.com
        Secondary Email Address:
        kathy.savage@gray-robinson.com
        christine.persampiere@gray-robinson.com
        Jeff Aaron
        Florida Bar No. 123473
        Primary Email Address:
        jeff.aaron@gray-robinson.com
        Secondary Email Address:

        shawna.tucker@gray-robinson.com
        GrayRobinson, P.A.
        301 East Pine Street, Suite 1400 (32801)
        P.O. Box 3068
        Orlando, Florida 32802
        Telephone:  (407) 843-8880
        Facsimile:  (407) 244-5690
        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 7, 2017, I electronically filed the foregoing by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

        /s/ Jason A. Zimmerman_____
        Jason A. Zimmerman