**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES ALBERT MCALEER and
LINDA MCALEER,

       Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　Case No:   6:17-cv-1142-Orl-40TBS

DEEP ROOT ANALYTICS, LLC,

       Defendant.

## ORDER

This cause is before the Court on review of Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 34) filed November 7, 2017.   The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).   *See Matthews v. Gaither*, 902 F.2d 879, 880 (11th Circ. 1990) (per curiam).   The Clerk is **DIRECTED** to terminate all pending motions and close the file.

**DATED** in Orlando, Florida, this 7th day of November 2017.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party